**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-13-167 |
| § | |
| ANDREA TELLISON § | |

**O R D E R**

Counsel for the defendant filed an unopposed motion to withdraw and for appointment of counsel. (Docket Entry No. 24). The motion is GRANTED. The defendant is required to appear before Magistrate Judge Mary Milloy and submit the necessary financial documents for appointment of counsel purposes.

SIGNED on June 28, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge