IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-13-167 |
| | § | |
| ANDREA TELLISON | § | |

**O R D E R**

The defendant filed an opposed motion for continuance, (Docket Entry No. 40). The court held a hearing on the motion and heard argument from both sides. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

Final Pretrial conference is reset to**:**   **March 6, 2014 at 9:30 a.m.**
Jury trial and selection are reset to:   **March 10, 2014 at 9:00 a.m.**

SIGNED on February 7, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge