IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-13-167 |
| ANDREA TELLISON | § | |

**O R D E R**

Counsel for the defendant advised the court at the last pretrial conference that he would be filing a motion to dismiss. That motion has not been filed. The government filed a motion to correct a typographical error in the indictment. (Docket Entry No. 70). The certificate of conference indicates that the defendant is opposed to the motion. The defendant must file a response outlining her opposition to the government's motion by **March 18, 2014.**

SIGNED on March 17, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge