## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § § | CRIMINAL NO. H-13-167 |
| ANDREA TELLISON | | |

## ORDER

To facilitate the deliberations of the jury, the Clerk is ordered to provide a lunch meal for the jury on April 2, 2014. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED on April 2, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge