**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA      §
     §
     §
VS.      §    CRIMINAL NO. H-13-167
     §
     §
ANDREA TELLISON      §

## ORDER

Andrea Tellison's motion for release on bond pending appeal, (Docket Entry No. 133), is

denied. The motion presents no persuasive basis to extend the bond to permit Ms. Tellison to avoid

custody pending her appeal. The motion is denied.

SIGNED on September 30, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge